■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID W. NEWBOULD, Appellant. [703 NYS2d 801] —Judgment unanimously affirmed. Memorandum: County Court properly determined that the issue whether two witnesses were accomplices was for the jury. The evidence did not establish conclusively that those witnesses participated in the crimes (*see, People v Crutchfield,* 134 AD2d 508, 509, *lv denied* 71 NY2d 894). "[I]f different inferences may reasonably be drawn from the proof regarding complicity, according to the statutory definition, the question should be left to the jury for its determination" (*People v Basch,* 36 NY2d 154, 157). (Appeal from Judgment of Orleans County Court, Punch, J.—Burglary, 2nd Degree.) Present—Green, A. P. J., Hayes, Pigott, Jr., and Balio, JJ.